UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES EDWARD HAYNES** | **CIVIL ACTION NO.** _____ |
| **Plaintiff,** | |
| **VERSUS** | **JUDGE**_____ |
| **J&S FAST TRANSPORTATION CORP,** | **MAGISTRATE JUDGE**_____ |
| **PROGRESSIVE COMMERICAL D/B/A** | |
| **PROGRESSIVE EXPRESS INSURANCE** | |
| **COMPANY, AND RAFAEL SPECK** | |
| **Defendants.** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, CHARLES EDWARD HAYNES, in this case who is domiciled and residing in the City of Wylie, County of Collin, State of Texas, and whose mailing address is 406 Adams Avenue, Wylie, Texas 75098, who, with respect represents that the below allegations are made upon information and belief (unless the context indicates otherwise), that they are set out in the following non-exclusive particulars and if inconsistent, plead in the alternative, and Plaintiff does hereby plead the doctrine of strict liability, res ipsa loquitur, negligence, last clear chance, and all other theories of recovery as appropriate under the circumstances, including any aggravation of a pre-existing condition:

1.

Made defendant herein is J&S FAST TRANSPORTATION CORP, a foreign corporation, limited liability company and/or other legal entity, domiciled and authorized to do and doing business in the State of Florida, which may be served through its registered agent for service of legal process, Ever Sierra, 1560 E. 8 Ct, Hialeah, Florida, 33010.

2.

Made defendant herein is PROGRESSIVE COMMERCIAL D/B/A PROGRESSIVE EXPRESS INSURANCE COMPANY, a corporation, limited liability company and/or other legal entity, domiciled in Ohio, and authorized to do and doing business in the State of Florida, which may be served through its registered agent for service of legal process, Chief Financial Officer, 200 E Gaines Street, Tallahassee, Florida, 32399.

3.

Made defendant herein is RAFAEL SPECK, a person of the full age of majority, domiciled and residing in the City of Miami, County of Miami-Dade, State of Florida, who may be served at 11280 SW 196th Street, Miami, Florida 33157.

4.

This Honorable Court has jurisdiction over this civil action because the Plaintiff, CHARLES EDWARD HAYNES, and the Defendants, J&S FAST TRANSPORTATION CORP, PROGRESSIVE COMMERCIAL D/B/A PROGRESSIVE EXPRESS INSURANCE COMPANY, and RAFAEL SPECK, are citizens of different states and the amount in controversy exceeds $75,000.

5.

This is a civil action to recover all damages sustained by Plaintiff for personal injuries, and other injuries against the above named Defendants, J&S FAST TRANSPORTATION CORP, PROGRESSIVE COMMERCIAL D/B/A PROGRESSIVE EXPRESS INSURANCE COMPANY, and RAFAEL SPECK (sometimes hereinafter referred to collectively as "Defendants"), each of whom are liable jointly, severally and *in solido* unto Plaintiff in a sum of damages as is reasonable in the premises, together with legal interest thereon from and after the date of judicial demand, until paid and for all costs of these proceedings, for the following, to-wit:

6.

Plaintiff, CHARLES EDWARD HAYNES, alleges upon information and belief that on or about February 23, 2021, he was operating a 2017 Kenworth Truck, owned by Dart Transit, traveling eastbound in the right lane on Interstate 12, in the Parish of St. Tammany, State of Louisiana. Following behind him was RAFAEL SPECK, who, was operating a 2006 Volvo Truck owned by J&S FAST TRANSPORTATION CORP on their behalf.  While traveling eastbound on Interstate 12, the HAYNES vehicle came to a complete stop due to traffic congestion ahead.  The SPECK vehicle failed to see that the HAYNES vehicle was stopped in front of him and unsuccessfully attempted to avoid the collision by swerving to the left only to strike the rear bumper of the HAYNES VEHICLE, and thereby causing the damages complained of herein.  RAFAEL SPECK was cited for Careless Operation.

7.

At the time of the collision referred to in paragraph 6 above, there existed a policy or policies of insurance which provided automobile liability insurance coverage for Defendants, J&S FAST TRANSPORTATION CORP and RAFAEL SPECK, and/or the vehicle he was driving. This coverage was for the benefit of Plaintiff, CHARLES EDWARD HAYNES, and provided by PROGRESSIVE COMMERCIAL D/B/A PROGRESSIVE EXPRESS INSURANCE COMPANY through a policy or policies of insurance, the provisions of which make Defendant, PROGRESSIVE COMMERCIAL D/B/A PROGRESSIVE EXPRESS INSURANCE COMPANY, liable for the injuries and damages suffered by Plaintiff.

8.

Plaintiff alleges upon information and belief that the collision and resulting damages were caused solely and/or proximately  by the individual or individuals named herein and/or joint and/or

concurrent negligence and/or fault and/or want of care and/or strict liability of the Defendants,

J&S FAST TRANSPORTATION CORP and RAFAEL SPECK, their employees, agents and

servants, which negligence and/or fault and/or want of care and/or strict liability is imputed to

Defendant, PROGRESSIVE COMMERCIAL D/B/A PROGRESSIVE EXPRESS INSURANCE

COMPANY, and which negligence and/or fault and/or want of care and/or strict liability

consists of one or more of the following acts and/or omissions which are illustrative and not

exclusive and which, if inconsistent, are pled in the alternative:

1. Failing to stop;

2. Being inattentive and/or distracted;

3. Driving at an excessive speed;

4. Failing to avoid a collision;

5. Driving in a careless and/or reckless manner;

6. Driving negligently in violation of rules and laws designed to provide for the safety of the
   public;

7. Failing to properly train their employee and/or negligent retention of the same;

8. All other acts and/or omissions constituting negligence and/or fault and/or want of care
   and/or which form the basis of strict liability which are proven at the time of   trial
   and/or revealed in discovery.

All of which said acts and/or omissions are in direct violation of the laws, statutes and

ordinances of the State of Louisiana and/or the Parish of St. Tammany, which said laws, statutes

and ordinances are pled herein as if copied in extenso.

9.

Plaintiff, CHARLES EDWARD HAYNES, alleges that the full extent of his injuries is unknown at this time, and, that as a result of the above-described collision and Defendant's negligence and/or fault, Plaintiff suffered and is suffering from pain in his head, neck, back, spine, and other parts of his mind and body, all of which injuries have necessitated petitioner to undergo medical treatment. Furthermore, by reason of the said injuries, CHARLES EDWARD HAYNES has suffered and will continue to suffer physical and mental pain and anguish and has incurred and will continue to incur expenses and bills for medical attention including but not limited to medical clinic bills, physician bills, expenses for transportation to and from physicians and other medical and medically related expenses.

10.

Plaintiff, CHARLES EDWARD HAYNES, alleges upon information and belief that as a result of the aforedescribed accident and believed injuries, he sustained and will continue to sustain mental and physical pain and suffering, disability, embarrassment, humiliation, medical expenses, past loss wages, loss of earning capacity, and loss of enjoyment of life for which he is entitled to recover a sum of damages as is reasonable in the premises.

11.

Plaintiff alleges upon information and belief that it will be necessary to present expert testimony during the preparation for and trial on the merits of this case and as such, desire that all such expert witness fees and deposition costs be taxed as court costs and assessed against the said defendants.

12.

Plaintiff has not yet reached the point of maximum medical cure.  Although the full extent of his injuries is unknown, it appears that the amount in dispute exceeds the amount which entitles either party to a trial by jury. Plaintiff reserves his right to request a jury trial at a later date.

WHEREFORE, Plaintiff, CHARLES EDWARD HAYNES, prays that:

1)        Defendants, J&S FAST TRANSPORTATION CORP, PROGRESSIVE COMMERCIAL D/B/A PROGRESSIVE EXPRESS INSURANCE COMPANY, and RAFAEL SPECK, be duly served with a copy of this Complaint and cited to appear herein and answer same;

2)        After the lapse of all legal delays and due proceedings are had, there be judgment herein in favor of the Plaintiff, CHARLES EDWARD HAYNES, and against the Defendants,  J&S FAST TRANSPORTATION CORP, PROGRESSIVE COMMERCIAL D/B/A PROGRESSIVE EXPRESS INSURANCE COMPANY, and RAFAEL SPECK, jointly, severally and in solido in an amount of damages as is just and reasonable in the premises, together with legal interest from and after the date of judicial demand, until paid, and for all costs of these proceedings and for all fees of expert witnesses; and

3)        For all orders and decrees necessary in the premises, for all costs of these proceedings and for full, general and equitable relief.

Respectfully Submitted By:


 *S/Mark A.Delphin*
Mark A. Delphin, Bar Roll #04850
Danielle C. Claiborne, Bar Roll #33525
Delphin Law Offices, PLC
626 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-3939
Facsimile: (337) 439-4504
Email:  markdelphin@delphinlaw.com
Email:  dani@delphinlaw.com
Attorneys for Charles Edward Haynes


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Complaint was filed electronically with the United States Clerk of Court for the Eastern District of Louisiana, using the CM/ECF system.  Notice of this filing will be served upon all named parties.

Lake Charles, Louisiana, this 24th day of January, 2022.


    *S/Mark A. Delphin*
    Mark A. Delphin